FILED
CLERK, U.S. DISTRICT COURT
6/7/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___LM___ DEPUTY

FULL NAME: DEVIN MCLEAN WILSON
COMMITTED NAME (if different): N/A — SAME
FULL ADDRESS INCLUDING NAME OF INSTITUTION: 1627 S. HARGRAVE ST. BANNING, CA 92220 / SCF
PRISON NUMBER (if applicable): 2021 0928C

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEVIN MCLEAN WILSON
PLAINTIFF,
v.
ET. AL. —
DEFENDANT(S).

CASE NUMBER: 8:21-cv-01008 MWF (JEM)
*To be supplied by the Clerk*

CIVIL RIGHTS COMPLAINT
PURSUANT TO *(Check one)*
☑ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

A. PREVIOUS LAWSUITS

194/IFP
N/S
Related

1. Have you brought any other lawsuits in a federal court while a prisoner: ☑ Yes  ☐ No

2. If your answer to "1." is yes, how many? __1__

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

ANOTHER FEDERAL SUIT AGAINST ORANGE COUNTY.

a. Parties to this previous lawsuit:
   Plaintiff DEVIN WILSON

   Defendants ET. AL.

b. Court WESTERN DIVISION/U.S. DISTRICT COURT

c. Docket or case number DO NOT HAVE
d. Name of judge to whom case was assigned DO NOT HAVE
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) SETTLEMENT
f. Issues raised: EXCESSIVE FORCE

g. Approximate date of filing lawsuit: APPROX. 2011
h. Approximate date of disposition 2014

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes ☒ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes ☒ No
   If your answer is no, explain why not N/A

3. Is the grievance procedure completed? ☒ Yes ☐ No
   If your answer is no, explain why not N/A

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff DEVIN MCLEAN WILSON
(print plaintiff's name)
who presently resides at 1627 S. HARGRAVE ST. BANNING, CA 92220
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
JURUPA VALLEY, CA
(institution/city where violation occurred)

on (date or dates) __12-26-20__, _____, _____.
                       (Claim I)               (Claim II)            (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __DEFENDANT JOHN DOE 1__ resides or works at
   (full name of first defendant)
   __N/A__
   (full address of first defendant)
   __PARTOL DEPUTY OF RSO. #5452__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:
   __RESPONSIBLE FOR CONDUCTING PATROLS IN RIVERSIDE COUNTY__

2. Defendant __DEFENDANT JOHN DOE 2__ resides or works at
   (full name of first defendant)
   __N/A__
   (full address of first defendant)
   __PARTOL DEPUTY OF RSO. #5569__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:
   __RESPONSIBLE FOR CONDUCTING PATROLS IN RIVERSIDE COUNTY__

3. Defendant __DEFENDANT JOHN DOE 3__ resides or works at
   (full name of first defendant)
   __N/A__
   (full address of first defendant)
   __DEPUTY IN PARTOL UNIT/RSO. #5582__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:
   __RESPONSIBLE FOR CONDUCTING PATROLS IN RIVERSIDE COUNTY__

4. Defendant **DEFENDANT JOHN DOE 4** resides or works at
   (full name of first defendant)
   **N/A**
   (full address of first defendant)
   **DEPUTY FOR RSO, #2703**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:
   **RESPONSIBLE FOR SUPERVISING FELLOW DEPUTIES ON HIS SHIFT.**

5. Defendant **SCELZI ENTERPRISES** resides or works at
   (full name of first defendant)
   **JURPA VALLEY, CA 92509**
   (full address of first defendant)
   **PRIVATE ENTITY**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☒ official capacity.

   Explain how this defendant was acting under color of law:
   **RESPONSIBLE FOR PROPERTY IN TERRITORY**

D. CLAIMS*

CLAIM I

The following civil right has been violated:

U.S. CONSTITUTION 14TH AMENDMENT = RIGHTS TO BE FREE FROM EXCESSIVE FORCE.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

1) THIS CONCERNS PLAINTIFF RIGHTS TO BE FREE FROM EXCESSIVE FORCE.
2) DEFENDANT SCELZI ENTERPRISES CALLED THE RSO ON 12·26·20 - IN JURPA VALLEY, CA 92509.
3) ONCE THE RSO ARRIVED - DEFENDANT JOHN DOE 1 - ASKED PLAINTIFF TO SHOW HIS HANDS - THEN PLACED HIM IN CUFFS.
4) DEFENDANTS JOHN DOE 1 TO 4 - ATTACKED THE PLAINTIFF - THROWING HIM ON THE FLOOR - THEN PUNCHING & KNEEING PLAINTIFF IN THE FACE - FOR APPROX. 5 TO 10 MINTUES.
5) AFTER THIS ATTACK - PLAINTIFF WAS

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

PAGE 1/2

CIVIL RIGHTS COMPLAINT

CV-66 (7/97)

Page 5 of 6

PAGE 2/2 **FACTS**

TAKEN TO THE COUNTY EMERGENCY ROOM & SEEN BY A DOCTOR.

6) PLAINTIFF SUFFERED MENTAL INJURIES TO THE DEGREE OF MENTAL ANGUISH- HAD MULTIPLE TEETH KNOCKED OUT & HAD MULTIPLE SCRAPES & BRUISES.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

1) AWARD PUNITIVE & COMPENSATORY DAMAGES OF $450,000.00 AGAINST ALL DEFENDANTS — JOINTLY & SEVERALLY — TO THE PLAINTIFF.
2) ANY FURTHER RELIEF IN THE INTEREST OF JUSTICE.

5-21-21
(Date)

Devin McLean Wilson
(Signature of Plaintiff)

Devin Wilson BKG#2021092886
1627 S. Hargrave St.
Banning, CA 92220

SAN BERNARDINO CA 923
4 JUN 2021 PM 4 L

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN - 7 2021
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

U.S Courthouse
Eastern Division
3470 Twelfth Street
Riverside, CA 92501
Attn: Clerk

Legal Mail

92501-380170