# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIN MCLEAN WILSON,<br><br>        Plaintiff,<br><br>      v.<br><br>JOHN DOE 1, et al.,<br><br>        Defendants. | Case No. SACV 21-1008-MWF (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

    IT IS ORDERED that: (1) Defendants' Motion for Sanctions is granted; and (2) Judgment shall be entered dismissing this action with prejudice.

DATED: March 10, 2023

                                    MICHAEL W. FITZGERALD<br>                                    UNITED STATES DISTRICT JUDGE