JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIN MCLEAN WILSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOE 1, et al.,<br><br>　　　　Defendants. | Case No. SACV 21-1008-MWF (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: March 10, 2023

　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE